STATES DISTRICT COURT
FILED
AUG 9 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

**17   C V   6546 S**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se** Privacy **Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. MANUEL NICOLAS GONZALEZ-REYES   A# 042 701 219

2.

-VS-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. OFFICER PARKER                 4. AKIMA GLOBAL SERVICES
2. OFFICER FOSSIL                  5.
3. LIEUTENANT O'NEILL             6.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: MANUEL NICOLAS Gonzalez-REYES  A# 042 701 219

Present Place of Confinement & Address: BUFFALO FEDERAL DETENTION FACILITY AT
4250 FEDERAL DRIVE, BATAVIA, NY 14020

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:


American LegalNet, Inc.
www.FormsWorkFlow.com

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: OFFICER PARKER

(If applicable) Official Position of Defendant: DEPORTATION OFFICER / AGS EMPLOYEE

(If applicable) Defendant is Sued in ___✓___ Individual and/or ___✓___ Official Capacity

Address of Defendant: BUFFALO FEDERAL DETENTION FACILITY

Name of Defendant: OFFICER FOSSIL

(If applicable) Official Position of Defendant: DEPORTATION OFFICER / AGS EMPLOYEE

(If applicable) Defendant is Sued in ___✓___ Individual and/or ___✓___ Official Capacity

Address of Defendant: BUFFALO FEDERAL DETENTION FACILITY

Name of Defendant: LIEUTENANT O'NEILL

(If applicable) Official Position of Defendant: LIEUTENANT / AGS EMPLOYEE

(If applicable) Defendant is Sued in ___✓___ Individual and/or ___✓___ Official Capacity

Address of Defendant: BUFFALO FEDERAL DETENTION FACILITY

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**? Yes_____ No _✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court (if federal court, name the district; if state court, name the county):_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

2

American LegalNet, Inc.
www.FormsWorkFlow.com

5.      The approximate date the action was filed: _____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.


**B.**     Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes____   No √

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.      District Court:_____

3.      Docket Number:_____

4.      Name of District or Magistrate Judge to whom case was assigned:_____

        _____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____

American LegalNet, Inc.
www.FormsWorkFlow.com

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

    _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    _____ By court for failure to exhaust administrative remedies;

    _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

    _____ plaintiff

    _____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure ✓ |
| • Free Speech | • False Arrest ✓ | • Malicious Prosecution ✓ |
| • Due Process ✓ | • Excessive Force ✓ | • Denial of Medical Treatment ✓ |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

American LegalNet, Inc.
www.FormsWorkFlow.com

**A. FIRST CLAIM:** On (date of the incident) _JULY 6, 2017_

defendant (give the **name and position held** of **each defendant** involved in this incident) _OFFICERS parker,_
_FOSSIL, And Lieutenant O'neill_

did the following to me (briefly state what each defendant named above did): _FOR Reasons unwarranted_
_And uncalled For, Accosted, manHandled, stripped, And violated_
_my person. I was subject to verbal And physical abuse And_
_indignation, All on Baseless Accusation And Groundless suspicion of_
_An inflaction that never occurred. These employees of DHS/ICE_
_Literally "Jumped the gun" And violated due process And my_
_constitutional rights. I sustained multiple injuries, As well as_
_mental And emotional trauma that Haunt me to this Day. (See cittached exhibits)_

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _Actual Damages from Decreased_
_use & Function of structural Appendage. As well as Punitive & exemplary_
_Damages for residual mental, emotional trauma in the Amount of USD 50,000.00_

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? __✓__ Yes _____ No  If yes, what was the result? _THe FACILITY_
_GRIEVANCE was Dismissed._

Did you appeal that decision? __✓__ Yes _____ No  If yes, what was the result? _Concurrent_
_Dismissal._

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _n/A_

**A. SECOND CLAIM:** On (date of the incident) _n/A_

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

DISCIPLINARY ACTION FOR LISTED DEFENDANTS AS WELL AS

ACTUAL, PUNITIVE, & EXEMPLARY DAMAGES AMOUNTING TO

USD 50,000.00

Do you want a jury trial? Yes ✓ No____

6

American LegalNet, Inc.
www.FormsWorkFlow.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 8/4/17
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Manuel Nicolas Gonzalez Reyes

_____
Signature(s) of Plaintiff(s)

MATTHEW BUCK
Notary Public · State of New York
No. 01BU6256203
Qualified in Wyoming County
Commission Expires March 26, 20__

8/4/17

American LegalNet, Inc.
www.FormWorkFlow.com

(2981)

## DETAINEE GRIEVANCE FORM                    GRIEVANCE #

**(This form must contain one complaint / grievance and must be filed within 5 days of issue)**

Detainee Name: Manuel Nicolas Gonzalez-Reyes    A/USM# 042701219    Housing Unit: A2

Complaint / Comments:
USE of excessive force, Abuse; Personal Injury

Action requested by detainee: Reproachment, Reprimand, Reassignment
of Officers involved                            (Continuation Page Used ☑ yes ☐ no)

☐ Detainee Request Attached.                    (Continuation Page Used ☐ yes ☐ no)

Grievant Signature: Manuel Nicolas Gonzalez Reyes    Date / Time: July 9-2017    5:00 PM

Grievance Coordinator: _Smith_                  Date / Time: 7/10/17 @ 0600

---

## STEP #1 GRIEVANCE OFFICER (GO)
(5 business days to complete)                    5/10/17 @ 0600
                                                Date and Time Received

☐ This grievance has been formally resolved as follows:
You were observed passing contraband, through the fence.
You are subject to search at anytime while in this
facility. All policies were followed, video surveillance shows (Continuation Page Used ☐ yes ☐ no)

☑ GO resolution is NOT accepted and the grievance has been assigned to the responsible
Department Head for resolution. everything was done proper. Request Denied

GO Signature: _Smith_                           Date / Time: 5/11/17 @ 0720

Grievant Signature: Manuel Nicolas Gonzalez Reyes    Date / Time: 7/20/17

---

## STEP #2 DEPARTMENT HEAD (DEPT HEAD)
(5 business days to complete)

Dept Head: _____                      Date and Time Received

☐ This grievance has been formally resolved as follows:

_____

**OR**                                          (Continuation Page Used ☐ yes ☐ no)

☐ Department Head resolution is NOT accepted and the grievance has been referred to the
Grievance Appeals Board.

Dept Head: _____                      Date / Time: _____

Manuel Nicolas Gonzalez-Reyes
Alien Number 042701219
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

Dated: July 8, 2017

**Attention:** Inmate Grievance
**Re:** Grievance for Dereliction of Duty of Assigned Post et. al.


    This is to lodge a formal complaint against certain individuals and the facility that these individuals work for.

    On July 6, 2017, at approximately 11 a.m., while presently in the recreation area of the Alpha Pod Yard, I was conversing with a fellow detainee. At the time, we were sharing a packet of trail mix , namely the Healthy Snack Mix option of the brand Kings Nut, bought and paid for from commissary, which is as I remember, still a privelege accorded detainees.

    Subsequently, after consumption, we were accosted by **Officers Parker** and **Fossil**, patted down, strip-searched, and confined to a cell. We were violently handled and completely disrespected. We were nothing but compliant and cooperative. Without due process, we were handcuffed, pushed around, belittled, demeaned, and treated like animals. As I questioned the purpose of this abuse, the officers in question told me verbatim, "to shut up." I was later informed that all of this was sanctioned and authorized by **Lieutenant O'Neill**, who was already in the housing unit observing at the time this all occurred. We were brought to processing to be investigated.

    Aside from the fact that Officer Parker has absolute disregard for the safety and rights of detainees, he has, in truth, been the instigator of harm and abuse. There is, as can be proven by the striation marks on my left anterior deltoid and the decreased usage and range of motion of my left arm, aside from this traumatic and demeaning experience, an unwarranted and uncalled for punishment for a crime that never occurred. This improper and excessive use of force on a detainee is totally and resolutely uncalled for. I am not a **STATE PRISONER** and he is **NOT A CORRECTIONAL OFFICER**. Additionally, this is **NOT A CORRECTIONAL FACILITY** and as such, behaviors such as these need to regulated and seen to.

    As seen by the facility's own medical records, I was treated for said injuries at a hospital outside the detention center and am currently scheduled for therapy. This is evidence prima facie, of the use of excessive force and a total disregard for the Eighth Amendment protection against cruel and unusual punishment.

    This is abuse above and beyond what was necessary.

    I am detained but I am still to be accorded a modicum of rights and respect.

The **Detainee Handbook** itself states the following:

"The right to protection from personal abuse, corporal punishment, unneccessary or excessive use of force, personal injury, disease, property damage, and harrassment."

Also, according the the **Performance-Based National Detention Standards**, retaliation is prohibited and staff shall not harass, discipline, punish, or otherwise retaliate against a detainee who files a complaint or grievance, or who contacts the **DHS Office of the Inspector General**. Actions are considered retaliatory if they are in response to an informal or formal grievance that has been filed and the action has an adverse effect of the resident's quality of life in the facility. I would like to point this out and formally put this on record to avoid such an consequent event.

I appeal to the humanity of investigating bodies and humbly request that the officers involved be reprimanded and reproached, be spoken to and instructed, perhaps retrained, reassigned or disciplined.

Thank you for your consideration and your prompt attention to this matter.

Manuel Nicolas Gonzalez Reyes

Manuel Nicolas Gonzalez-Reyes

Alien Number 042701219

Sworn to before me on the 10 day of July 2017
Notary Public, State of New York
No. 01FI6213416
Qualified in Monroe County
My Commission Expires September 21, 2017

NOTARY PUBLIC

Manuel Nicolas Gonzalez-Reyes
Alien Number 042701219
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

**Attention:** Inmate Grievance
**Re:** Photograph Request

This is to formally request that a photograph be taken of the injuries I sustained during an incident while detained at the Buffalo Federal Detention Facility. I am placing this request in writing as this is part of an ongoing investigation.

Thank you for you for your consideration and prompt consideration.

Respectfully Submitted,

Sworn to before me on the 13 day of July 2017

MICHAEL A FANNIGAN
Notary Public - State of New York
No. 01FI6211416
Qualified in Monroe County
My Commission Expires September 21, 2017
NOTARY PUBLIC

Manuel Nicolas Gonzalez-Reyes

Manuel Nicolas Gonzalez-Reyes

Alien Number 042701219

Name: _____   Date: _____/_____/_____

Signature: _____

Subscribed and sworn before me this _____ Day of _____ in the Year _____

Signature of Notary _____ My Commission Expires _____


(231)

# ICE Health Service Corps

## Authorization for Release of Confidential Health Information
## Autorización para Divulgación de Información sobre la Salud

I hereby authorize (Name): _BANE_
(Address): _4250 Federal Drive_
to disclose Health Information from my medical records covering
the following period(s) of health care:
from: _____ to: _Current_

Con la presente yo, (Nombre): _____
(Domicilio): _____
autorizo a divulgar información sobre mi salud de mis registros médicos
correspondiente al(los) siguiente(s) periodo(s) de cuidado de la salud:
desde: _____ hasta: _____

Information to be disclosed/Información a ser divulgada:

☒ Complete Health Record
Registro de Salud Completo

☐ H&P Exam
Exámenes sobre Historial y Análisis Físico

☐ Radiology Reports/EKGs
Informes sobre Radiología/Electrocardiogramas

☐ Progress Notes
Notas Clínicas

☐ Lab Reports
Informes de laboratorio

☐ Mental Health Notes/Evaluations
Notas/Evaluaciones sobre Salud Mental

☐ Other/Otro (Specify/Especifique): _____

Reason for disclosure/Motivo para ser divulgado:

☐ Continued Care
Cuidado prolongado

☐ Lawyer
Abogado

☒ Other
Otro

Specify
Especifique: _to DRSO_

I understand that this will include information relating to/ Entiendo que lo anterior incluirá información sobre:

☐ Acquired Imunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV)
Síndrome de Inmunodeficiencia Adquirida (SIDA), o Virus de Inmunodeficiencia Adquirida (VIH)

☐ Behavioral Health Sciences/Psychiatric Care
Ciencias de la Salud del Comportamiento/ Cuidado Psiquiátrico

☐ Substance Abuse Records
Registros sobre Abuso de Substancias

This information will be released via/Esta información se divulgará por:     ☐ Fax     ☐ Mail/Correo

Name/Nombre: BUFFALO FEDERAL DETENTION FACILITY

Phone, Fax#/No. Teléfono, Fax: 866-616-3945 Tel: 585-344-6648

Address/Domicilio: 4250 FEDERAL DRIVE

City/Ciudad: BATAVIA

State/Estado: NEW YORK

Zip Code/Código Postal: 14020

The facility, it's employees, officers, and physicians are Hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

Con la presente se exime de toda culpa o responsabilidad legal a causa de la divulgación de la información contenida arriba, a esta institución, sus empleados, funcionarios y médicos dentro de los márgenes autorizados en este medio.

X _Manuel Nucles Gonzalez Reyes_
Name and Signature of Patient/Nombre y Firma del Paciente

_7/7/17_
Date/Fecha

_____
Name and Relationship of Legal Representative/
Nombre y Parentesco del Representante Legal (si corresponde)

_____
Date/Fecha

_____
Name of Witness/Nombre del Testigo

_7/7/17_
Date/Fecha

| Last Name: | First Name: |
| --- | --- |
| A#: | A#: 042701219<br>Last:GONZALEZ-REYES, First:MANUEL NICHOLAS<br>DOB: 10/20/1972 |
| Date of Camp Arrival (DCA): | DR |
| Medical Clinic:<br>BATAVIA | ‖‖‖‖‖‖‖‖‖<br>1234<br>Male |

IHSC Form 003-S          01/2011                    Page 1 of 1

I have received the
_____ _____ _____ record



U.S. Immigration
and Customs
Enforcement

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old  Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
Appointment Facility:  Buffalo SPC

07/17/2017                                                    **Appointment Provider: Candice Link, PA**

Appointment Provider: Candice Link, PA

Electronically signed by Candice Link PA , PA on 07/17/2017 at 09:30 MST
Sign off status: Pending

Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS   DOB: 10/20/1972   Progress Note: Candice Link, PA   07/17/2017**

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**U.S. Immigration
and Customs
Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old  Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

**07/12/2017**

**Appointment Provider: Drew R Hingtgen, RN**

## Current Medications

Taking ·
• HydrOXYzine Pamoate 25 MG Capsule **1 capsule**
as needed QHS PRN, stop date 08/02/2017, KOP:
No, Drug Source: In House Pharmacy
• HydrOXYzine Pamoate 50 MG Capsule **1 capsule**
as needed QHS PRN, stop date 09/27/2017, KOP:
No, Drug Source: In House Pharmacy
• Ibuprofen 600 MG Tablet 1 tablet **with food or milk x
14 days TID PRN, stop date 07/21/2017, KOP: Yes,**
Drug Source: In House Pharmacy

## Past Medical History

Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug
abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

## Allergies

N.K.D.A.

## Reason for Appointment

1. SC: Skin-bruising

## History of Present Illness

Patient Identification:
   Patient Identification:
      Patient properly identified by 2 sources including: *Wrist Band, Verbally*
      Chaperone Present? *No*
      Interpretation Provided? *Detainee speaks English fluently*
Pain Assessment:
   Pain
      Are you currently in pain? *No*
Narrative:
   Pt reports to sick call requesting to have someone look at the bruising on his left shoulder/upper
arm. Pt also reports intermittent numbness in his left pinky finger. Pt wearing sling incorrectly causing
pressure on the pinky side of his arm/hand. Pt re educated on how to correctly wear his arm sling to
ensure equal pressure across his arm/hand. Pt educated on the healing process of bruising and that
his arm and shoulder were healing and look WNL. Pt reports that his current pain medication is
working and that he is pain free.

### Vital Signs

| Pain scale | | |
|---|---|---|
| 0 out of 10 | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **Temp** | | |
| 98.6 F | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **HR** | | |
| 89 /min | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **BP** | | |
| 130/86 mm Hg | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **RR** | | |
| 16 /min | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **Wt** | | |
| 186 lbs | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **Ht** | | |
| 67 in | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |
| **BMI** | | |
| 29.13 Index | 07/12/2017 01:34:17 PM | Drew Hingtgen RN |

### Examination

General Examination:
   SKIN: large bruising noted on patients left upper arm/shoulder, bruising healing, skin intact.
   MUSCULOSKELETAL: normal gait no deformities non-tender to palpation full range of motion
good strength and equal bilaterally good capillary refill in nail beds neurovascular intact.
   EXTREMITIES: no edema full range of motion good capillary refill in nail beds.
   PSYCH: alert, oriented cooperative with exam good eye contact.

### Assessments

Alteration in comfort.

### Treatment

1. Others
Notes: No treatment indicated at this time.

Disposition: Detainee returned to dorm
Notes: Discussed medication use and side effects with patient, Education provided on Medication and
Treatment, Medication and Treatment Plan Reviewed, Medication risks, benefits, alternatives
discussed, Patient advised to return to sick call if symptoms worsen prior to next appointment, Patient
verbalized understanding of all instructions. IHSC RN guidelines referenced for this SC

**Electronically signed by Nicole Midla RN , RN on 07/10/2017 23:25:07 (Eastern Daylight Time)**

**Sign off status: Completed**

Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS    DOB: 10/20/1972    Progress Note: Nicole Midla, RN    07/10/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**U.S. Immigration and Customs Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

**07/10/2017**

**Appointment Provider: Nicole Midla, RN**

### Current Medications

Taking
- HydrOXYzine Pamoate 25 MG Capsule **1 capsule as needed QHS PRN**, stop date 08/02/2017, **KOP:** No, Drug Source: In House Pharmacy
- HydrOXYzine Pamoate 50 MG Capsule **1 capsule as needed QHS PRN**, stop date 09/27/2017, **KOP:** No, Drug Source: In House Pharmacy
- Ibuprofen 600 MG Tablet **1 tablet with food or milk x 14 days TID PRN**, stop date **07/21/2017, KOP: Yes,** Drug Source: In House Pharmacy

### Past Medical History

Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

### Reason for Appointment
1. SC: pain in left shoulder

### History of Present Illness
Patient Identification:
  Patient Identification
    Patient properly identified by 2 sources including: *ID Badge, Verbally*
    Chaperone Present? *No*
    Interpretation Provided? *Detainee speaks English fluently*
Pain Assessment:
  Pain
    Are you currently in pain? *Yes*
    The pain is located : *left shoulder*
    The severity of pain is rated at *8/10*
    The severity of the pain is *moderate to severe*
    The pain began *4-5 days ago*
    The character of the pain *is aching, is constant, is sharp*
    The associated symptoms are *tender to touch*
    The pain is aggravated by *other*
    Describe: *movement of left arm*
    The pain is relieved by *other*
    Describe: *unknown*

### Vital Signs

| Pain scale | | |
|---|---|---|
| 8 out of 10 | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **Temp** | | |
| 98.6 F | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **HR** | | |
| 100 /min | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **BP** | | |
| 140/90 mm Hg | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **RR** | | |
| 16 /min | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **Wt** | | |
| 188 lbs | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **Ht** | | |
| 67 In | 07/10/2017 08:18:28 PM | Nicole Midla RN |
| **BMI** | | |
| 29.44 Index | 07/10/2017 08:18:28 PM | Nicole Midla RN |

### Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
  EXTREMITIES: left arm limited ROM per detainee, wearing arm sling, CMS checks WNL to digits on left hand, large bruise noted to inner aspect of arm near armpit, skin intact, no drainage present.
  Detainee states the Ibuprofen that has been prescribed for him is not alleviating his pain. Requesting stronger medication for pain relief.

### Assessments
Alteration in comfort.

Notes: Will refer to provider for further evaluation

Appointment Provider: Nicole Midla, RN

**Electronically signed by Nicole Midia RN , RN on 07/10/2017 23:25:07 (Eastern Daylight Time)**

**Sign off status: Completed**

Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS    DOB: 10/20/1972    Progress Note: Nicole Midia, RN    07/10/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**U.S. Immigration and Customs Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

**07/08/2017**

**Appointment Provider: Merlie M Barcena, NP**

## Current Medications

Taking
• HydrOXYzine Pamoate 25 MG Capsule 1 capsule as needed QHS PRN, stop date 08/02/2017, KOP: No, Drug Source: In House Pharmacy
• HydrOXYzine Pamoate 50 MG Capsule 1 capsule as needed QHS PRN, stop date 09/27/2017, KOP: No, Drug Source: In House Pharmacy
• Ibuprofen 600 MG Tablet 1 tablet with food or milk x 14 days TID PRN, stop date 07/21/2017, KOP: Yes, Drug Source: In House Pharmacy

## Past Medical History

Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

## Review of Systems

Musculoskeletal:
Joint stiffness Admits severe left shoulder pain, limitation on ROM .,

## Reason for Appointment

1. ER f/u- Left shoulder injury

## History of Present Illness

Narrative:
44 y/o patient was intervene in the yard by ICE officer consequently with pain on his left shoulder. Pt was sent to the ER for consultation. Pt was DX with Contusion versus sprain of the left shoulder. Today, pt reports the pain is severe, mildly improved. He reports more redness and pain on deltoid region. Pt reports still unable to move affected shoulder due to pain.
Patient Identification:
Patient Identification
Patient properly Identified by 2 sources including: ID Badge, Verbally
Chaperone Present? No
Interpretation Provided? Provider fluent in detainee's native language
Pain Assessment:
Pain
Are you currently in pain? Yes
The pain is located : see HPI
The severity of pain is rated at 9/10
The severity of the pain is moderate to severe
The pain began 4-5 days ago
The character of the pain is aching
The associated symptoms are none
The pain is aggravated by other
Describe: ROM
The pain is relieved by other

## Vital Signs

| Pain scale | | |
|---|---|---|
| 8 out of 10 | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **Temp** | | |
| 98.2 F | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **HR** | | |
| 83 /min | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **BP** | | |
| 144/90 mm Hg | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **RR** | | |
| 18 /min | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **Wt** | | |
| 188 lbs | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **Ht** | | |
| 67 In | 07/08/2017 08:06:19 AM | Merlie Barcena NP |
| **BMI** | | |
| 29.44 Index | 07/08/2017 08:06:19 AM | Merlie Barcena NP |

BY RN.

## Examination

General Examination:
GENERAL APPEARANCE: In no acute distress, well developed, well nourished, appears in discomfort.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi.
MUSCULOSKELETAL: left shoulder; redness and bruised on deltoid area. Pt is very guarded due to pain- limited examination. PROM; adduction with discomfort, adduction with discomfort. Muscle strenght slightly decreased..

## Assessments

1. Unspecified subluxation of left shoulder joint, initial encounter - S43.002A

## Treatment

**1. Unspecified subluxation of left shoulder joint, Initial encounter**
Notes: Continue Ibuprofen pm pain. Continue sling. Refer back to Ortho for MRI and further evaluation d/t pain and limited ROM/PROM. Referral req.

Disposition: Medically cleared for custody

**Appointment Provider: Merlie M Barcena, NP**

**Confirmatory sign off:**
Quinones MD, Carlos M 07/11/2017 01:58:11 PM

Electronically signed by Merlie Barcena NP , NP on 07/08/2017 18:47:46 (Eastern Daylight Time)

Electronically co-signed by Carlos Quinones MD on 07/11/2017 at 01:58 PM MDT

Sign off status: Completed

**Buffalo SPC**
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS   DOB: 10/20/1972   Progress Note: Merlie M Barcena, NP   07/08/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**U.S. Immigration and Customs Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

07/07/2017

**Appointment Provider: Indea B King, NP**

## Current Medications

Taking
• HydrOXYzine Pamoate 25 MG Capsule **1 capsule** as needed QHS PRN, stop date 08/02/2017, KOP: No, Drug Source: In House Pharmacy
• Naproxen 500 MG Tablet **1 tablet** as needed BID, stop date 07/07/2017, KOP: Yes, **Drug** Source: **In** House.Pharmacy
• HydrOXYzine Pamoate **50** MG Capsule **1 capsule** as needed QHS PRN, stop date 09/27/2017, KOP: No, Drug Source: In House Pharmacy
• Ketorolac Tromethamine 30 MG/ML Solution **60** mg IM Once a day, stop date 07/07/2017, KOP: No, Drug Source: In House Pharmacy

## Past Medical History

Nondependent cannabis **abuse, unspecified**
Other, mixed, or unspecified **nondependent drug** abuse, unspecified
Other constipation
Chronic rhinitis
**Pain in throat**

## Allergies

N.K.D.A.

## Reason for Appointment

1. Review ER consult

## History of Present Illness

Narrative:
    Review of ER consult 7/6/17- see scanned document
    A: Contusion of left shoulder; Shoulder Sprain
    P: xray obtained to r/o fracture dislocation was negative; Ibuprofen 600mg Q6-8h for pain PRN f/u orthopedics (716-898-3414) in 3-5 days if no symptom **improvement** to obtaine MRI d/t decreased ROM of the joint and mayhave subluxed or have ligamentous damage; refrain from lifting heavyitems with left arm for the next week; remain in sling and try gentle ROM to prevent frozen shoulder, return to ER if increased pain out of control, fall.

## Assessments

1. Contusion of left shoulder, sequela - S40.012S (Primary)

## Treatment

1. Contusion of left shoulder, sequela
Start Ibuprofen Tablet, 600 MG, 1 tablet with food or milk x 14 days, Orally, TID PRN, 14 days, 1, Refills 0, KOP: Yes, Drug Source: In House Pharmacy
Notes: referred to ortho per Er recommnnedation for possible MRI eval joint subluxation and possible ligamentous injury
Pt educated refrain from lifting heavyitems with left arm for the next week; remain in sling and try gentle ROM to prevent frozen shoulder, return to ER if increased pain out of control, fall.
Referral To:Orthopedics (Pending Approval)
    Reason:44 y/o male seen by ER 7/6/17 and recommend referral for orthopedic consult in 3-5 days s/p left shoulder injury/subluxation

Appointment Provider: Indea B King, NP

Electronically signed by Indea King NP , NP on 07/07/2017 15:42:37 (Eastern Daylight Time)

Sign off status: Completed

**Buffalo SPC**
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:



U.S. Immigration
and Customs
Enforcement

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219 SubID: 347499350
Facility Code: BTV Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY 14020

**Past Medical History**
Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug
abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

**Reason for Appointment**
1. Medical records request

**History of Present Illness**
Request for Medical Records:
    Request for Medical Records
        Medical records requested on the following date: *01/01/2015 06/21/2017*
        Dates of records requested: *7/17/17*
        Was complete health record requested? *No June 2017-present*
        Approver of this request: *CDR S McMahan*
        Medical Records Request form scanned to Patient Documents: *Yes*
        Medical Records requested from outside provider? *No*
        Name of person requesting medical records: *Detainee*
        Requested records retrieved and total number of pages released: *7/17/2017*
        Requested medical records were provided to requestor on: *01/01/2015 7/17/2017*
        If detainee request, detainee signed for records or records were placed in detainee property.
    *Yes, detainee signed for records, Yes, records placed in property*
        If detainee request, detainee allowed to ask questions and answers provided: *Detainee had no*
    *questions*

Tel:
Fax:

Patient: **GONZALEZ-REYES, MANUEL NICHOLAS**    DOB: **10/20/1972**    **Progress Note:**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**U.S. Immigration
and Customs
Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY 14020

Tel:
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS   DOB: 10/20/1972   Progress Note:**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



U.S. Immigration
and Customs
Enforcement

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219  SubID: 347499350
Facility Code: BTV  Housing Area: A-2
44 Y old  Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

**07/07/2017**

**Appointment Provider: Erin Slattery, RN**
**Supervising Provider: Indea B King, NP**

## Current Medications
Taking
• HydrOXYzine Pamoate 25 MG Capsule **1 capsule**
as needed QHS PRN, stop date 08/02/2017, **KOP:**
No, Drug Source: In House Pharmacy
• Naproxen 500 MG Tablet 1 tablet as needed BID,
stop date 07/07/2017, KOP: Yes, Drug Source: In·
House Pharmacy
• HydrOXYzine Pamoate 50 MG Capsule **1 capsule**
as needed QHS PRN, stop date 09/27/2017, **KOP:**
No, Drug Source: In House Pharmacy
• Ketorolac Tromethamine 30 MG/ML **Solution 60**
mg IM Once a day, stop date 07/07/2017, KOP: No,
Drug Source: In House Pharmacy

## Past Medical History
Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug
abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

## Reason for Appointment
1. return from ER

## History of Present Illness
Patient Identification:
  Patient Identification
    Patient properly Identified by 2 sources including: *Wrist Band, ID Badge, Picture*
    Chaperone Present? *No*
    Interpretation Provided? *Detainee speaks English fluently*
Pain Assessment:
  Pain
    Are you currently in pain? *Yes*
    The pain is located *: left shoulder*
    The severity of pain is rated at *5/10*
    The severity of the pain is *moderate*
    The pain began *1-2 days ago*
    The character of the pain *is aching*
    The associated symptoms are *tender to touch*
    The pain is aggravated by *reaching*
    The pain is relieved by *ice, OTC medication*
Return from Offsite:
  Return from Offsite visit
    Returns from off-site appointment at: *1:00*
    Consultation notes returned with patient: *Yes*
    Reports that off-site provider said: *Contusion of the left shoulder/shoulder sprain*
    Reports that off-site provider recommended follow-up for: *F/U appointment scheduled with M.P*
    Provider will see patient on: *07/07/2017* .

## Vital Signs

| Pain scale | | |
|---|---|---|
| 5 out of 10 | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **Temp** | | |
| 98.2 F | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **HR** | | |
| 71 /min | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **BP** | | |
| 143/92 mm Hg | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **RR** | | |
| 18 /min | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **Wt** | | |
| 192 lbs | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **Ht** | | |
| 67 In | 07/06/2017 10:45:29 PM | Erin Slattery RN |
| **BMI** | | |
| 30.07 Index | 07/06/2017 10:45:29 PM | Erin Slattery RN |

## Examination
General Examination:
  GENERAL APPEARANCE: In no acute distress, well developed, well nourished; vital signs within normal limits.

## Assessments
Knowledge deficit related to off-site appt instructions and follow-up plan.

## Treatment
1. Others
Notes: 2 Tylenol given to detainee for pain KOP PRN , detainee already taking naproxen and had Advil 600 mg at 2315. supplied small ice bag and larger arm sling, special needs form supplied. Patient educated on plan for follow-up and verbalized understanding, RN Guidelines Sprains, Strains, and

Contusions. Notified to apply covered ice pack for 20 minute intervals every hour x 24 hours as needed for pain. Educated to return to clinic for any edema, discoloration of skin, excessive warmth or coldness to affected fingers, increase of pain, or decrease in ROM. May also return to clinic if any questions or concerns arise. Mother verbalizes understanding of instructions, agrees to plan of care, and denies questions at this time.

**Follow Up**
as scheduled

Notes: Education provided on Medication and Treatment, Patient advised to return to sick call if symptoms worsen prior to next appointment, Patient verbalized understanding of all instructions

**Appointment Provider: Erin Slattery, RN**

**Confirmatory sign off:**

King NP, Indea B 07/07/2017 06:36:00 AM King NP, Indea B 07/07/2017 09:35:59 > Noted. f/u as scheduled

**Electronically signed by Erin Slattery RN , RN on 07/07/2017 01:49:16 (Eastern Daylight Time)**

**Sign off status: Completed**

Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS    DOB: 10/20/1972    Progress Note: Erin Slattery, RN    07/07/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**U.S. Immigration
and Customs
Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219 SubID: 347499350
Facility Code: BTV Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

07/06/2017

**Appointment Provider: Carlos M Quinones, MD**

## Current Medications
Taking
* HydrOXYzine Pamoate 25 MG Capsule 1 capsule as needed QHS PRN, stop date 08/02/2017, KOP: No, Drug Source: In House Pharmacy
* Naproxen 500 MG Tablet 1 tablet as needed BID, stop date 07/07/2017, KOP: Yes, Drug Source: In House Pharmacy
* HydrOXYzine Pamoate 50 MG Capsule 1 capsule as needed QHS PRN, stop date 09/27/2017, KOP: No, Drug Source: In House Pharmacy

## Past Medical History
Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

## Review of Systems
Musculoskeletal:
Pain in shoulder(s) admits, affecting the left shoulder.

## Reason for Appointment
1. Right shoulder xray

## History of Present Illness
Pain Assessment:
Pain
Are you currently in pain? Yes
The pain is located Use Notes Section left shoulder
The severity of pain is rated at 8/10
The severity of the pain is moderate to severe
The pain began 1-2 days ago
The character of the pain is constant
The associated symptoms are tender to touch
The pain is aggravated by physical activity
The pain is relieved by other
Describe: toradol 60 mg IM

44 y/o patient was intervene in the yard by ICE officer. Patient alleges that while he was handcuffed in processing then his shoulder was overdistended in internal rotation. He states feeling that his shoulder popped out. Patient was brought to the clinic for evaluation.
Patient Identification:
Patient Identification
Patient properly identified by 2 sources including: ID Badge, Verbally
Chaperone Present? No
Interpretation Provided? Provider fluent in detainee's native language

## Vital Signs

| Pain scale | | |
| --- | --- | --- |
| 8 out of 10 | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| Temp | | |
| 98.9 F | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| HR | | |
| 86 /min | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| BP | | |
| 129/89 mm Hg | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| RR | | |
| 18 /min | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| Wt | | |
| 192 lbs | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| Ht | | |
| 67 in | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| BMI | | |
| 30.07 Index | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| Oxygen sat % | | |
| 99 % | 07/06/2017 10:46:26 AM | Carlos Quinones MD |
| RA / #Liters O2 via: | | |
| RA | 07/06/2017 10:46:26 AM | Carlos Quinones MD |

## Examination
General Examination:
MUSCULOSKELETAL: Left, shoulder, swelling, deformity, tender to palpation, tender to movement, limited ROM - patient shoulder was out of socket and placed in place.

## Assessments
1. Unspecified subluxation of left shoulder joint, initial encounter - S43.002A (Primary)

## Treatment
1. Unspecified subluxation of left shoulder joint, initial encounter

Referral To:Emergency Medicine (Pending Approval)
    Reason:shoulder subluxation (left)

**Follow Up**
upon return from hospital

Disposition: Referral to appropriate health care service for emergency treatment

**Appointment Provider: Carlos M Quinones, MD**

Electronically signed by Carlos Quinones MD , MD on 07/06/2017 13:57:07 (Eastern
Daylight Time)

Sign off status: Completed



Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS    DOB: 10/20/1972    Progress Note: Carlos M Quinones, MD    07/06/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

 **U.S. Immigration and Customs Enforcement**

# GONZALEZ-REYES, MANUEL NICHOLAS

A: 042701219 SubID: 347499350
Facility Code: BTV Housing Area: A-2
44 Y old Male, DOB: 10/20/1972
Account Number: 1000350775
4250 FEDERAL DRIVE, BATAVIA, NY-14020
PCP: Candice L Link PA
Appointment Facility: Buffalo SPC

**07/06/2017**

**Appointment Provider: Carlos M Quinones, MD**

### Current Medications
Taking
- HydrOXYzine Pamoate 25 MG Capsule 1 capsule as needed QHS PRN, stop date 08/02/2017, KOP: No, Drug Source: In House Pharmacy
- Naproxen 500 MG Tablet 1 tablet as needed BID, stop date 07/07/2017, KOP: Yes, Drug Source: In House Pharmacy
- HydrOXYzine Pamoate 50 MG Capsule 1 capsule as needed QHS PRN, stop date 09/27/2017, KOP: No, Drug Source: In House Pharmacy

### Past Medical History
Nondependent cannabis abuse, unspecified
Other, mixed, or unspecified nondependent drug abuse, unspecified
Other constipation
Chronic rhinitis
Pain in throat

### Allergies
N.K.D.A.

### Reason for Appointment
1. Medication prescription

### Assessments
1. Unspecified subluxation of left shoulder joint, initial encounter - S43.002A (Primary)

### Treatment
1. Unspecified subluxation of left shoulder joint, initial encounter
Start Ketorolac Tromethamine Solution, 30 MG/ML, 60 mg IM Injection, Once a day, 1 day, 2, Refills 0, KOP: No, Drug Source: In House Pharmacy

Appointment Provider: Carlos M Quinones, MD

Electronically signed by Carlos Quinones MD , MD on 07/06/2017 14:03:29 (Eastern Daylight Time)

Sign off status: Completed

Buffalo SPC
4250 FEDERAL DRIVE
BATAVIA, NY 14020
Tel: 585-343-0814
Fax:

**Patient: GONZALEZ-REYES, MANUEL NICHOLAS    DOB: 10/20/1972    Progress Note: Carlos M Quinones, MD    07/06/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CERTIFICATE OF SERVICE

**STATE OF NEW YORK**

)

**COUNTY OF GENESSEE**

)

United States District Court
Western District of New York
304 United States Court House,
68 Court Street,
Buffalo, New York 14202

Clerk of the Court
United States District Court
Western District of New York
100 State Street,
Rochester, New York 14614

I, Manuel Gonzalez-Reyes, with Alien Number 042-701-219,

hereby certify that I served a copy of the attached documents to the United States District Court, Western
District of New York at the above addresses.

Respectfully Submitted,

Manuel Nicolas Gonzalez-Reyes
Alien Number 042-701-219
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

Notary:

MATTHEW BUCK
Notary Public - State of New York
No. 01BU6256203
Qualified in Wyoming County
My Commission Expires March 26, 20

8/4/17